Felicia Y. Yu (SBN 193316)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
Email: fyu@reedsmith.com

Mark S. Melodia, Esq. (*Pro Hac Vice Pending*)
Paul Bond, Esq. (*Pro Hac Vice Pending*)
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Telephone: (609) 520-6015
Facsimile: (609) 951-0824
Email: mmelodia@reedsmith.com
pbond@reedsmith.com

Attorneys for Defendant
LENDINGTREE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| MARVIN GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LENDINGTREE, LLC, NEWPORT LENDING GROUP, INC., SAGE CREDIT CO., HOME LOAN CONSULTANTS, INC., CHAPMAN CAPITAL, INC., and SOUTHERN CALIFORNIA MARKETING CORP.,<br><br>Defendants. | Case No. SACV08-00841 CJC (ANx)<br><br>Related Cases Nos.<br>    SACV08-00756 CJC (ANx)<br>    SACV08-00660 CJC (ANx)<br>    SACV08-00755 CJC (RNBx)<br><br>**DEFENDANT LENDINGTREE, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>[Rule 12(b)(3)]<br><br>Date: November 3, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br><br>The Honorable Cormac J. Carney |

Defendant LendingTree, LLC ("LendingTree"), hereby respectfully requests that the Court, pursuant to Rule 201 of the Federal Rules of Evidence ("FRE"), take judicial notice of the following:

1.     Exhibit "1" is a true and correct copy of the transcript of the August 21, 2008 Hearing on the Motion to Dismiss Under Rule 12(b)(6) filed by Lending in Spinozzi v. LendingTree, LLC et al, in the United States District Court for the Western District of North Carolina, Civil Case No. 3:08-229.

2.     Exhibit "2" is a true and correct copy of the civil docket for the Spinozzi matter that reflects, on August 21, 2008, a "TEXT-ONLY ORDER" denying LendingTree's Motion to Dismiss and granting LendingTree's motion to compel arbitration.

3.     Exhibit "3" is a true and correct copy of the Limited Liability Company Annual Report for Year 2008 filed by LendingTree with the North Carolina Secretary of State and available at: http://www.secretary.state.nc.us/corporations/Corp.aspx?PitemId=7314197.

Judicial notice of these documents and facts is appropriate because this Court has been supplied with the documents or information necessary to allow this Court to determine their accuracy, and these matters are generally known and capable of further determination by resort to sources whose accuracy cannot reasonably be questioned.  FRE 201(b), (d).

DATED:  September 12, 2008          REED SMITH LLP


By   /s/ Felicia Y. Yu
     Felicia Y. Yu
     Attorneys for Defendant
     LENDINGTREE, LLC

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

– 1 –

DOCSLA-15655705.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT LENDINGTREE, LLC'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE